# Supreme Court of Florida

_____

No. SC17-686
_____

**ROBERT J. TREASE,**
Appellant,

vs.

**STATE OF FLORIDA,**
Appellee.

[January 24, 2018]

PER CURIAM.

We have for review Robert J. Trease's appeal of the circuit court's order denying Trease's motion filed pursuant to Florida Rule of Criminal Procedure 3.851. This Court has jurisdiction. See art. V, § 3(b)(1), Fla. Const.

Trease's motion sought relief pursuant to the United States Supreme Court's decision in Hurst v. Florida, 136 S. Ct. 616 (2016), and our decision on remand in Hurst v. State (Hurst), 202 So. 3d 40 (Fla. 2016), cert. denied, 137 S. Ct. 2161 (2017). This Court stayed Trease's appeal pending the disposition of Hitchcock v. State, 226 So. 3d 216 (Fla. 2017), cert. denied, 138 S. Ct. 513 (2017). After this

Court decided <u>Hitchcock</u>, Trease responded to this Court's order to show cause arguing why <u>Hitchcock</u> should not be dispositive in this case.

After reviewing Trease's response to the order to show cause, as well as the State's arguments in reply, we conclude that Trease is not entitled to relief. Trease was sentenced to death following a jury's recommendation for death by a vote of eleven to one, and his sentence of death became final in 2001. <u>Trease v. State</u>, 768 So. 2d 1050, 1053 (Fla. 2000). Thus, <u>Hurst</u> does not apply retroactively to Trease's sentence of death. <u>See</u> <u>Hitchcock</u>, 226 So. 3d at 217. Accordingly, we affirm the denial of Trease's motion.

The Court having carefully considered all arguments raised by Trease, we caution that any rehearing motion containing reargument will be stricken. It is so ordered.

LABARGA, C.J., and QUINCE, POLSTON, and LAWSON, JJ., concur.
PARIENTE, J., concurs in result with an opinion.
LEWIS, J., concur in result.
CANADY, J., recused.

PARIENTE, J., concurring in result.

I concur in result because I recognize that this Court's opinion in <u>Hitchcock</u> <u>v. State</u>, 226 So. 3d 216 (Fla. 2017), <u>cert. denied</u>, 138 S. Ct. 513 (2017), is now final. However, I continue to adhere to the views expressed in my dissenting opinion in <u>Hitchcock</u>.

An Appeal from the Circuit Court in and for Sarasota County,

- 2 -

Rochelle Taylor Curley, Judge - Case No. 581995CF002207XXXANC

Mark Olive, Law Offices of Mark Olive, Tallahassee, Florida,

    for Appellant

Pamela Jo Bondi, Attorney General, and Stephen D. Ake, Assistant Attorney General, Tampa, Florida,

    for Appellee